IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION ) No. 3-10-0901
 )
v. )
 )
MWR ENTERPRISES, INC. II d/b/a )
Piggly Wiggly )

O R D E R

Pursuant to the order entered April 21, 2011 (Docket Entry No. 11), counsel for the parties called the Court on May 23, 2011, at which time they advised that they will not use experts in this case,[1] that no agreement has yet been reached on the scope of the plaintiff's claims, that the primary depositions are scheduled on May 24-26, 2011, and that they do not believe that settlement discussions would be productive until after the completion of written discovery and the scheduled depositions.

If the parties want to address the potential for settlement, propriety of ADR, and any other matters with the Court, they may schedule a conference call with the Magistrate Judge at any appropriate time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] The deadlines for expert disclosures have passed.